**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALLEY CAT ALLIES INCORPORATED, and

SAVE-A-GATO, INC.

     Plaintiffs,

v.

UNITED STATES NATIONAL PARK             CASE NO.: 1:25-cv-04269-CKK
SERVICE, *et al.*,

     Defendants.

---

**JOINT STATUS REPORT REGARDING PROPOSED SUMMARY JUDGEMENT
BRIEFING SCHEDULES**

---

     Pursuant to the Court's March 31, 2026 Minute Order, the Parties are hereby submitting this Joint Status Report Regarding Proposed Summary Judgment Briefing Schedules.  The Parties have conferred, and have been unable to reach agreement on an appropriate briefing schedule in this matter.  As such, each of their proposals for a summary judgment briefing schedule are set forth below.

<u>**Plaintiffs' Proposed Briefing Schedule**</u>

Plaintiffs propose the following briefing schedule:

- April 10, 2026:

   o  Plaintiffs' Motion for Summary Judgment

- May 1, 2026 (or 21 days after Plaintiffs' Motion is filed)

   o  Defendants' Response to Plaintiffs' Motion and any potential Cross-Motion for Summary Judgment

- May 15, 2026 (or 14 days after Defendants' Response or Cross Motion is filed)

- o  Plaintiffs' Reply in Support of its Motion and any potential Response to Defendants' Cross-Motion (Claims 3 & 4)

- May 29, 2026 (or 14 days after Plaintiffs' Reply/Response is filed)

- o  Defendants' Reply in Support of any Cross-Motion (*only applicable if Defendants opt to file a Cross-Motion*).

Plaintiffs submit that this schedule is fair and reasonable, providing seven days beyond the default rule timelines for responding to motions under the Court's Local Rules. This schedule is especially reasonable given that Plaintiffs' full Motion for Summary Judgment will largely follow both (1) the prior preliminary injunction briefing; and (2) their originally filed partial motion for summary judgment. Plaintiffs will only pursue claims 2-4 in their forthcoming motion, and will be withdrawing claims 1 and 5. To that end, Defendants have been on notice of, and are aware of the majority of Plaintiffs' forthcoming motion contents since at least March 23, 2026 when their initial partial motion for summary judgment was filed. As such, Defendants request for even additional time than what was sought in their original extension motion is excessive.

Plaintiffs also submit that the "expedited briefing" schedule in *Alley Cat Allies Incorporated, et al., v. United States Nat'l Park Serv., et al.*, ("*ACA I*") 1:24-cv-00876-RDM is not an appropriate guideline for briefing timelines in this matter. In that case, the same Defendants as in this action agreed not to implement the challenged action until May 15, 2026, giving the Court in *ACA I* presumably sufficient time to decide the merits prior to harms being imposed on Plaintiffs. Contrastingly, in this action, Defendants have already implemented the challenged action (and did so with almost no notice to Plaintiffs), which is causing existential harm to Plaintiffs on a daily basis. This Court already held that the Paseo closure would harm Plaintiffs' administration of the TNR program (ECF No. 35 at 20), and would harm Plaintiffs' members' recreational interests in

2

viewing the community cats on the closed portion of the Paseo (*id.* at 22).  As detailed in Plaintiffs' prior Partial Motion for Summary Judgment (and will be detailed in Plaintiffs' forthcoming motion), those harms, as well as harms to the community cats themselves, are now occurring on a daily basis after Defendants' abrupt closure of the Paseo on February 2, 2026. After creating this emergency by their surprise and abrupt closure of the Paseo that is causing current harm, Defendants should not now be heard to demand a slow and deliberate briefing schedule extending into mid-June.

Finally, while Defendants' lead counsel has scheduling conflicts, there are two counsel with appearances in this action.  Further, it is Defendants that have created the urgency in this matter by moving forward with a project with almost no notice to Plaintiffs, and they should be required to resolve this matter expeditiously.

**Defendants' Proposed Briefing Schedule**

Defendants propose the following briefing schedule:

- April 20, 2026:

  - Plaintiffs' Motion for Summary Judgment

- May 20, 2026

  - Defendants' Response to Plaintiffs' Motion and Cross-Motion for Summary Judgment

- June 3, 2026

  - Plaintiffs' Reply in Support of its Motion and any Response to Defendants' Cross-Motion

- June 24, 2026

  - Defendants' Reply in Support of their Cross-Motion

As Defendants previously described when seeking an extension to respond to Plaintiffs' prematurely filed motion for partial summary judgment, Defendants' counsel has pre-existing conflicts in April and May.  Dkt. 52, 54.  Those conflicts include pre-existing work conflicts, including for unrelated work travel from April 3 to April 13, 2026, and personal travel outside the country from April 26 to May 4, 2026.  *Id*.

These conflicts remain unchanged, but Plaintiffs simply disregard them and seek to impose a schedule for briefing summary judgment that is much quicker than the typical summary judgment schedule for an APA case—and indeed, is more expedited than the "expedited" schedule that the parties agreed to in Plaintiffs' other case.  *See* Dkt. 54 at 3 (describing the briefing schedule in *Alley Cat Allies Incorporated, et al., v. NPS et al.*, ("*ACA I*") 1:24-cv-00876-RDM).

Defendants respectfully request that the Court adopt their proposed briefing schedule because it is reasonable and will still result in a timely resolution of the claims.  Defendants will be unduly prejudiced by Plaintiffs' briefing schedule given lead counsel being out of office through April 13, and again from April 26 to May 4, 2026.  In addition, as Defendants have informed Plaintiffs, Defendants' lead counsel is also part of a team taking a case to trial in California commencing June 1, 2026, in *Mojave Pistachios, LLC, et al. v. Indian Wells Valley Water District, et al.*, such that counsel will be heavily involved in trial preparation the week of May 25 (making Plaintiffs' proposed May 29 deadline for Defendants' reply unworkable).  In contrast, Defendants' proposed briefing schedule (while still more expedited than Defendants would prefer, given counsel's schedule) accounts for these pre-scheduled conflicts.  Moreover, it still provides for a timely and rather expedited resolution of the claims.  Accordingly, Defendants respectfully request that the Court enter the scheduling order Defendants propose above.

Respectfully submitted this 8th day of April, 2026.

/s/ Paul M. Seby
Paul M. Seby (DC Bar No. CO000129)
Matthew K. Tieslau (DC Bar No. CO00130)
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
(303) 572-6500 telephone
(303) 572-6540 facsimile

*Attorneys for Plaintiffs Alley Cat Allies
Incorporated and Plaintiff Save-A-Gato, Inc.*

/s/ Alexa V. Penalosa (with permission)
ALEXA V. PENALOSA (AZ 038005)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Phone: (202) 305-0492
Email: alexa.penalosa@usdoj.gov

ROMNEY S. PHILPOTT (Colo. # 35112)
Senior Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, 6th Floor—Suite 600
Denver, CO 80305
Phone: (303) 844-1810
Email: romney.philpott@usdoj.gov

*Attorneys for Federal Defendants*

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2026, a true and correct copy of the foregoing document has been filed and served upon all counsel using the Court's E-filing system.

*s/ Paul M. Seby*
Paul M. Seby