**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALLEY CAT ALLIES INCORPORATED, and

SAVE-A-GATO, INC.,

    Plaintiffs,

v.

UNITED STATES NATIONAL PARK          CASE NO.: 1:25-cv-04269-CKK
SERVICE, *et al.*,

    Defendants.

---

**JOINT NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE**

---

Plaintiffs, Plaintiff Alley Cat Allies, Inc. ("ACA") and Plaintiff Save-A-Gato, Inc. ("SAG"), and Defendants the United States National Park Service, Jessica Bowron, Darrell Echols, Doug Burgum, and Myrna Palfrey (together "Federal Defendants"), respectfully submit this Joint Notice of Stipulated Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

1.      Plaintiffs and Federal Defendants have recently reached a settlement agreement that resolves several active pending disputes, including this instant action.

2.      As such, the undersigned parties stipulate and agree that Plaintiffs' claims in this action against Federal Defendants should be dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(2), with each party to pay its respective costs, expenses, and attorneys' fees.

WHEREFORE, the undersigned Parties respectfully submit this Joint Notice of Stipulated Dismissal With Prejudice and request the clerk dismiss the case with prejudice.

Respectfully submitted this 20th day of July 2026.

/s/ Paul M. Seby
Paul M. Seby (DC Bar No. CO000129)
Matthew K. Tieslau (DC Bar No. CO00130)
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
(303) 572-6500 telephone
(303) 572-6540 facsimile
sebyp@gtlaw.com
tieslaum@gtlaw.com

*Attorneys for Plaintiffs Alley Cat Allies
Incorporated and Plaintiff Save-A-Gato, Inc.*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

/s/ Alexa v. Penalosa (with permission)
ALEXA V. PENALOSA (AZ 038005)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Phone: (202) 305-0492
Email: alexa.penalosa@usdoj.gov

ROMNEY S. PHILPOTT (Colo. # 35112)
Senior Attorney United States Department
of Justice Environment & Natural Resources
Division Natural Resources Section 999
18th St., North Tower, Suite 600 Denver,
CO 80305 Phone: (303) 844-1810 Email:
romney.philpott@usdoj.gov

*Attorneys for Federal Defendants and for
previously dismissed Federal Defendants
the United States Army Corps of Engineers
and Colonel Brandon L. Bowman*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July 2026, a true and correct copy of the foregoing document has been filed and served upon all counsel using the Court's E-Filing system.

*s/ Paul M. Seby*
Paul M. Seby